GAS 245D   (Rev. 10/24) Judgment in a Criminal Case for Revocations

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

APR 24 2025

FILED

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| Dennis Lee Youngblood | Case Number: 1:20CR00056-1 |
|  | USM Number: 10814-509 |
|  | Wendell E. Johnston, Jr. |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☐ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 16, 2024 |

See page 2 for additional violations

The defendant is sentenced as provided on page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____, and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 9347

April 23, 2025
Date of Imposition of Judgment

Defendant's Year of Birth: 1983

Signature of Judge

City and State of Defendant's Residence:

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

Augusta, Georgia

4/24/2025
Date

DEFENDANT: Dennis Lee Youngblood
CASE NUMBER: 1:20CR00056-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to submit to substance abuse testing (special condition). | November 15, 2024 |
| 3 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | November 18, 2024 |
| 4 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | November 25, 2024 |
| 5 | You failed to comply with the conditions of a curfew (special condition). | December 5, 2024 |
| 6 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | December 13, 2024 |
| 7 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | January 3, 2025 |
| 8 | You failed to submit to substance abuse testing (special condition). | February 3, 2025 |
| 9 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 5, 2025 |
| 10 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 14, 2025 |
| 11 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 26, 2025 |

DEFENDANT: Dennis Lee Youngblood
CASE NUMBER: 1:20CR00056-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **9 months, with no supervision to follow.**

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL